STATE *v.* TOOMES.

*H. M. Jackson and J. W. Hoyle for defendant appellant.*

----

STATE v. PAUL ALLEN TOOMES.

(Filed 1 May 1963.)

**Automobiles § 59—**

    Testimony and physical evidence tending to establish that defendant was driving his car at an excessively high speed, resulting in the acci-

dent causing the death of the driver of the car with which he collided, held sufficient to be submitted to the jury in this prosecution for manslaughter.

APPEAL by defendant from *Johnston, J.*, September 3, 1962 Term RANDOLPH Superior Court.

Criminal prosecution upon indictment which charged the defendant with the felony of manslaughter in the death of J. W. Campbell. The jury returned this verdict:"Guilty of manslaughter and asks for mercy of the court." From sentence of 18 months in prison, the defendant appealed.

*T. W. Bruton, Attorney General; Harry W. McGalliard, Asst. Attorney General for the State.*
*Ottway Burton for defendant, appellant.*

PER CURIAM. The State's evidence tended to show that on February 24, 1962, at 8:30 p.m., J. W. Campbell, driving his 1952 Buick, attempted to turn west on State Highway No. 1510 at its T-intersection with U. S. Highway No. 220 near Randelman. At some point in the intersection, not clearly fixed by the evidence, the Oldsmobile driven by the defendant, Paul Allen Toomes, struck the Buick near the middle, sliced it into two approximately equal parts. The two sections came to rest more than 50 feet apart. Campbell's dead body and his passenger, Miss Ketchum, seriously injured, were in the front section. Miss Ketchum was unable to recall anything connected with the accident.

The defendant's Oldsmobile was equipped with three two-barrel carburetors. The witnesses fixed its speed at the time of the accident at 70 to 90 miles per hour. The physical evidence fully sustained the estimates. The defendant did not offer evidence.

After a careful review of the record, we find

No error.